## NEWTON v. STATE.

No. 20582.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for assault with intent to murder. The punishment assessed is confinement in the state penitentiary for a term of eight years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense, and procedural matters appear to be in due order.

The judgment is affirmed.